IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03156-BNB

MELVIN VIERRA,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 18 2011

GREGORY C. LANGHAM
                  CLERK

## ORDER DISMISSING CASE

Plaintiff, Melvin Vierra, acting *pro se*, submitted a letter to the Court for filing on December 29, 2010. He submitted a second letter for filing on January 6, 2010. Although the letters did not include a civil action number, it is evident that Mr. Vierra intended to file the letters in Case No. 10-cv-02422-BNB, a pending action in this Court brought pursuant to 28 U.S.C. § 2254. This is because the letters filed by Mr. Vierra on December 29, 2010, and January 6, 2011, relate to his state court proceedings in the Morgan County Combined Court, which is also the subject of Case No. 10-cv-02422-BNB. As such, this new action was commenced in error. The Court, therefore, will dismiss the instant action without prejudice and instruct the Clerk of the Court to file the letters from this case in Case No. 10-cv-02422-BNB. Accordingly, it is

ORDERED that the letter (Doc. No. 1) filed on December 29, 2010, and the letter (Doc. No. 2) filed on January 6, 2011, are ordered filed in Case No. 10-cv-02422-BNB. It is

FURTHER ORDERED that the action is dismissed without prejudice and the Clerk of the Court is instructed to close the instant action.

DATED at Denver, Colorado, this 18th day of January, 2011.

BY THE COURT:

*Zita Leeson Weinshienk*

ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-03156-BNB

Melvin Vierra
Prisoner No. 87807
Colorado State Penitentiary
P.O. Box 777
Cañon City, CO 81215-0777

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on January 18, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk